United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

| | |
|---|---|
| ISREAL HUDGINS, § | |
| 　　Petitioner, § | |
| § | |
| versus § | CIVIL ACTION 4:17-CV-01460 |
| § | |
| LORIE DAVIS, § | |
| Director of the Texas Department of Criminal § | |
| Justice - Correctional Institutions Division, § | |
| 　　Respondent. § | |

## Order of Adoption

On March 12, 2018, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 29) to which the petitioner objected (Dkt. 30). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice. The court will issue a separate final judgment.

Signed _April 5_, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge